UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Derek Sincere Black Wolf Cryer
                Plaintiff

v.                                      Civil Action No: 1:11-cv-11953-PBS

Spencer et al
                Defendants

## ORDER OF DISMISSAL

SARIS, C.D.J.

      In accordance with the Endorsed Order granting Defendants' Motion to Dismiss (Document No. 32) issued on October 31, 2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                      By the Court,

                                      /s/ Jennifer LaFlamme
                                      Deputy Clerk

October 31, 2013

To: All Counsel